# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**

Jeannie Elaine Staats

Case No.: 13 B 43320

Chapter: 13

Debtor(s)   Judge A. Benjamin Goldgar

## ENTRY OF APPEARANCE AND REQUEST FOR ALL NOTICES

The undersigned, a duly qualified attorney admitted to practice before this Court, hereby enters an appearance in the within captioned matter on behalf of U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE GSAMP TRUST 2006-NC1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-NC1, and/or its assigns and requests all notices, pleadings, motions, orders, applications and other documents filed and/or served in this case be sent to them at the following address:

> Berton J. Maley ARDC#6209399
> Christopher J. Stasko ARDC#6256720
> Gloria C. Tsotsos ARDC#6274279
> Jose G. Moreno ARDC#6229900
> Rachael A. Stokas ARDC#6276349
> Peter C. Bastianen ARDC#6244346
> Joel P. Fonferko ARDC#6276490
> Maria A. Georgopoulos ARDC#6281450
> Jessica S. Naples ARDC#6304951
> **Codilis & Associates, P.C.**
> 15W030 North Frontage Road, Suite 100
> Burr Ridge, IL 60527
> (630) 794-5300
> **C&A FILE (14-14-00883)**

Dated January 15, 2014.

By: /s/ Maria Georgopoulos

NOTE: This law firm is deemed to be a debt collector.